IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| The City of Dalton, Georgia, acting through its Board of Water, Light and Sinking Fund Commissioners, d/b/a Dalton Utilities,<br><br>       Plaintiff,<br><br>  v.<br><br>3M Company; Daikin America, Inc.; EIDP, Inc. f/k/a E.I. DuPont de Nemours and Company; The Chemours Company; INV Performance Surfaces, LLC; Aladdin Manufacturing Corporation; Shaw Industries Group, Inc.; Shaw Industries, Inc.; and DOES 1-10,<br><br>       Defendants. | Civil No. 4:24-cv-00293-WMR |

## 3M COMPANY'S MOTION TO DISMISS THE COMPLAINT

Defendant 3M Company ("3M") respectfully moves the Court to dismiss Plaintiff's Complaint under Federal Rules of Civil Procedure 8(a) and 12(b)(6) for failure to state a claim. As described in its Brief in Support of its Motion to Dismiss, which is filed contemporaneously with this Motion, Plaintiff's Complaint is deficiently pleaded, does not allege facts that would support any claim for relief against 3M, fails as a matter of law to state any legally actionable claims against 3M, and is otherwise legally meritless.

1

WHEREFORE, 3M respectfully requests that the Court grant this Motion and enter an order dismissing with prejudice Plaintiff's Complaint in its entirety as to 3M.

Respectfully submitted this 7th day of February, 2025.

    /s/ Benjamin P. Harmon

Benjamin P. Harmon, GA Bar No. 979043
M. Christian King, Pro Hac Vice
Harlan I. Prater, IV, Pro Hac Vice
W. Larkin Radney, IV, Pro Hac Vice
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
Telephone: (205) 581-0700
jsharman@lightfootlaw.com
bharmon@lightfootlaw.com
cking@lightfootlaw.com
hprater@lightfootlaw.com
lradney@lightfootlaw.com

Lauren Goldman (pro hac vice forthcoming)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Tel. 212.351.4000
lgoldman@gibsondunn.com

Ashley Johnson (pro hac vice forthcoming)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Tel. 214.698.3100
ajohnson@gibsondunn.com

*Counsel for Defendant 3M Company.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| The City of Dalton, Georgia, acting through its Board of Water, Light and Sinking Fund Commissioners, d/b/a Dalton Utilities,<br><br>   Plaintiff,<br><br> v.<br><br>3M Company; Daikin America, Inc.; EIDP, Inc. f/k/a E.I. DuPont de Nemours and Company; The Chemours Company; INV Performance Surfaces, LLC; Aladdin Manufacturing Corporation; Shaw Industries Group, Inc.; Shaw Industries, Inc.; and DOES 1-10,<br><br>   Defendants. | Civil No. 4:24-cv-00293-WMR |

**CERTIFICATE OF SERVICE
AND COMPLIANCE WITH LOCAL RULE 5.1**

I hereby certify that I have this date electronically filed the within and foregoing, which has been prepared using 13-point Century Schoolbook font, with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of records.

Dated: February 7, 2025

                                      <u>*/s/ Benjamin P. Harmon*</u>
                                      Of Counsel