**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| THE CITY OF DALTON, acting through its Board of Water, Light and Sinking Fund Commissioners, d/b/a Dalton Utilities,<br><br> Plaintiff,<br><br>v.<br><br>3M COMPANY, ET AL.,<br><br> Defendants. | Civil Action No.:<br>4:24-cv-00293-WMR |

**DEFENDANTS SHAW INDUSTRIES, INC. AND SHAW INDUSTRIES GROUP, INC.'S CERTIFICATE OF INTERESTED PERSONS AND <u>CORPORATE DISCLOSURE STATEMENT</u>**

 COME NOW Defendants Shaw Industries, Inc. and Shaw Industries Group, Inc. (the "Shaw Defendants"), pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Georgia Local Rule 3.3, and hereby state as follows:

 A. The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

1

(1) Defendant Shaw Industries, Inc., is a wholly owned subsidiary of Defendant Shaw Industries Group, Inc. Berkshire Hathaway, Inc. (BRK.A) owns 100% of the stock of Defendant Shaw Industries Group, Inc. Shaw Defendants defer to the disclosures made by each of the parties regarding whether there is any parent corporation or any publicly held corporation that owns 10% or more of their respective stock.;

(2) Plaintiff The City of Dalton, Georgia, acting through its Board of Water, Light and Sinking Fund Commissioners, d/b/a Dalton Utilities;

(3) Defendant 3M Company;

(4) Defendant Aladdin Manufacturing Corporation;

(5) Defendant Daikin America, Inc.;

(6) Defendant EIDP, Inc. f/k/a E.I. DuPont de Nemours and Company;

(7) Defendant The Chemours Company;

(8) Defendant INV Performance Surfaces, LLC; and

(9) DOES 1-10.

B.   The undersigned counsel of record further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case known at this time:

Undersigned counsel is not aware of any parties that could be substantially affected by the outcome of this particular case other than those parties named in this action.

C.   The undersigned counsel of record further certifies that the following is a full and complete list of all persons serving as attorneys for parties, including proposed intervenors, in this case:

**Counsel for Plaintiff**

Lindsey B. Mann
E. Fitzgerald Veira
T. Scott Mills
Anaid Reyes Kipp
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308

Brooks M. Smith
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxakk Point, Suite 1500
Richmond, VA 23219

James W. Beers
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 9th Street, NW, Suite 1000

Washington, DC 20004

**Counsel for Defendant 3M Company**

Benjamin P. Harmon
M. Christian King
Harlan I. Prater
W. Larkin Radney, IV
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203

Lauren Goldman
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193

Ashley Johnson
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923

Robert Cowan
THE COWAN LAW FIRM
P.O. Box 1266
Dalton, GA 30722

**Counsel for Defendant Aladdin Manufacturing Corporation**

Doug Scribner
Jason Rottner
William J. Repko III
Andrew A. Roberts
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree Street, Suite 4900

Atlanta, GA 30309

**Counsel for Defendant Daikin America, Inc.**

David E. Nahmias
Jeffrey A. Kaplan, Jr.
JONES DAY
1221 Peachtree Street NE, Suite 400
Atlanta, GA 30361

James L. Hollis
Andrea L. Swartzberg
BALCH & BINGHAM LLP
30 Ivan Allen Jr. Blvd, NW, Suite 700
Atlanta, GA 30309

Theodore M. Grossman
JONES DAY
250 Vesey Street
New York, NY 10281

Louis A. Chaiten
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44144

Kevin P. Holewinski
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001

Kurt A. Johnson
JONES DAY
150 West Jefferson, Suite 2100
Detroit, MI 48226

**Counsel for Defendants EIDP, Inc. f/k/a E.I. du Pont de Nemours and Company and The Chemours Company**

5

Caroline M. Gieser
SHOOK, HARDY & BACON LLP
1230 Peachtree Street, Suite 1200
Atlanta, GA 30309

Andrew Carpenter
Brent Dwerlkotte
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108

**Counsel for Defendant INV Performance Surfaces, LLC**

Alexandra B. Cunningham
Merideth S. Daly
HUNTON ANDREWS KURTH LLP
951 East Byrd Street
Richmond, VA 23219

Laura T. Wagner
HUNTON ANDREWS KURTH LLP
Bank America Plaza, Suite 4100
600 Peachtree Street, NE
Atlanta, GA 30308-2216

**Counsel for Defendants Shaw Industries, Inc. and Shaw Industries Group, Inc.**

Jennifer B. Dempsey
Michael P. Carey
Christopher P. Galanek
Christian J. Bromley
BRYAN CAVE LEIGHTON PAISNER LLP
One Atlantic Center, Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, GA 30309

Respectfully submitted this 18th day of February, 2025.

>/s/ Jennifer B. Dempsey
Jennifer B. Dempsey
Georgia Bar No. 217536
jennifer.dempsey@bclplaw.com
Michael P. Carey
Georgia Bar No. 109364
michael.carey@bclplaw.com
Christopher P. Galanek
Georgia Bar No. 282390
chris.galanek@bclplaw.com
Christian J. Bromley
Georgia Bar No. 206633
christian.bromley@bclplaw.com

**BRYAN CAVE LEIGHTON PAISNER LLP**
One Atlantic Center — Fourteenth Floor
1201 W. Peachtree St., N.W.
Atlanta, Georgia 30309
Telephone: (404) 572-6642
Fax:         (404) 572-6999

*Counsel for Defendants Shaw Industries, Inc. and Shaw Industries Group, Inc.*

## CERTIFICATION UNDER L.R. 7.1.D.

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is a computer document and was prepared in Times New Roman 14 point font, as mandated in Local Rule 5.1.C.

>   */s/ Jennifer B. Dempsey*
>   Jennifer B. Dempsey
>   Georgia Bar No. 217536

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| THE CITY OF DALTON, acting through its Board of Water, Light and Sinking Fund Commissioners, d/b/a Dalton Utilities,<br><br>    Plaintiff,<br><br>v.<br><br>3M COMPANY, ET AL.,<br><br>    Defendants. | Civil Action No.:<br>4:24-cv-00293-WMR |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 18, 2025, I electronically filed the foregoing **DEFENDANTS SHAW INDUSTRIES, INC. AND SHAW INDUSTRIES GROUP, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court by using the CM/ECF system which has notified all counsels of record.

    */s/ Jennifer B. Dempsey*
    Jennifer B. Dempsey
    Georgia Bar No. 217536
    E-Mail: jennifer.dempsey@bclplaw.com

    **BRYAN CAVE LEIGHTON PAISNER LLP**
    One Atlantic Center – 14th Floor
    1201 West Peachtree Street NW

Atlanta, Georgia 30309
Telephone:     (404) 572-6600
Facsimile:      (404) 572-6999

*Counsel for Defendants Shaw Industries, Inc. and Shaw Industries Group, Inc.*

USA.616335365.1/DWD