IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| The City of Dalton, Georgia, acting through its Board of Water, Light and Sinking Fund Commissioners, d/b/a Dalton Utilities,<br><br>Plaintiff,<br><br>v.<br><br>3M Company; Daikin America, Inc.; EIDP, Inc. f/k/a E.I. DuPont de Nemours and Company; The Chemours Company; INV Performance Surfaces, LLC; Aladdin Manufacturing Corporation; Shaw Industries Group, Inc.; Shaw Industries, Inc.; and DOES 1-10,<br><br>Defendants. | Civil No. 4:24-cv-00293-WMR |

**SHAW INDUSTRIES GROUP, INC. AND SHAW INDUSTRIES, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Shaw Industries Group, Inc. and Shaw Industries, Inc. (collectively, "Shaw") respectfully move the Court to dismiss Plaintiff's First Amended Complaint in its entirety for failure to state a claim upon which relief may be granted. The grounds for this Motion are set forth more fully in Shaw's accompanying Memorandum of Law in Support.

Date: May 16, 2025.	Respectfully submitted,

*/s/ Jennifer B. Dempsey*

Jennifer B. Dempsey
Georgia Bar No. 217536
Michael P. Carey
Georgia Bar No. 109364
Christopher P. Galanek
Georgia Bar No. 282390
Christian J. Bromley
Georgia Bar No. 206633
BRYAN CAVE LEIGHTON PAISNER LLP
One Atlantic Center – 14th Floor
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Telephone:	(404) 572-6600
Facsimile:	(404) 572-6999
jennifer.dempsey@bclplaw.com
michael.carey@bclplaw.com
chris.galanek@bclplaw.com
christian.bromley@bclplaw.com

*Counsel for Defendants Shaw Industries, Inc. and Shaw Industries Group, Inc.*

# CERTIFICATION UNDER L.R. 7.1.D.

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is a computer document and was prepared in Times New Roman 14 point font, as mandated in Local Rule 5.1.C.

>*/s/ Jennifer B. Dempsey*
>Jennifer B. Dempsey
>Georgia Bar No. 217536

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| The City of Dalton, Georgia, acting through its Board of Water, Light and Sinking Fund Commissioners, d/b/a Dalton Utilities,<br><br>    Plaintiff,<br><br>v.<br><br>3M Company; Daikin America, Inc.; EIDP, Inc. f/k/a E.I. DuPont de Nemours and Company; The Chemours Company; INV Performance Surfaces, LLC; Aladdin Manufacturing Corporation; Shaw Industries Group, Inc.; Shaw Industries, Inc.; and DOES 1-10,<br><br>    Defendants. | Civil Action No.:<br>4:24-cv-00293-WMR |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 16, 2025, I electronically filed the foregoing **SHAW INDUSTRIES GROUP, INC. AND SHAW INDUSTRIES, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** with the Clerk of Court by using the CM/ECF system which has notified all counsels of record.

                                                */s/ Jennifer B. Dempsey*
                                                Jennifer B. Dempsey
                                                Georgia Bar No. 217536
                                                **BRYAN CAVE LEIGHTON PAISNER LLP**

One Atlantic Center – 14th Floor
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Telephone:     (404) 572-6600
Facsimile:      (404) 572-6999
Email: jennifer.dempsey@bclplaw.com

*Counsel for Defendants Shaw Industries, Inc.
and Shaw Industries Group, Inc.*