**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| The City of Dalton, Georgia, acting through its Board of Water, Light and Sinking Fund Commissioners, d/b/a Dalton Utilities,<br><br>Plaintiff,<br><br>v.<br><br>3M Company; Daikin America, Inc.; EIDP, Inc. f/k/a E.I. DuPont de Nemours and Company; The Chemours Company; INV Performance Surfaces, LLC; Aladdin Manufacturing Corporation; Shaw Industries Group, Inc.; Shaw Industries, Inc.; and DOES 1-10,<br><br>Defendants. | Civil Action No. 4:24-cv-00293-WMR<br><br>TRIAL BY JURY DEMANDED |

**DEFENDANTS SHAW INDUSTRIES GROUP, INC. AND SHAW INDUSTRIES, INC.'S RESPONSE TO ALADDIN MANUFACTURING CORPORATION'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION TO DISMISS**

Defendants Shaw Industries Group, Inc. and Shaw Industries, Inc. (collectively, "Shaw") do not oppose the relief sought in Defendant Aladdin Manufacturing Corporation's Motion for Leave [Dkt. 155]. Shaw agrees with the substance of the proposed supplemental brief [Dkt. 155-1], which shows that the First Amended Complaint adequately alleges the control exercised by the PFAS Manufacturing Defendants over the operations of the Carpet Manufacturing

Defendants (including the disposal of wastewater), and appropriately addresses the Court's questions at oral argument about evidence of such control. If the Court wishes to have additional supplemental briefing on this issue, Shaw requests the opportunity to file its own response to the proposed supplemental brief.

Respectfully submitted, this 11th day of February, 2026.

*<u>/s/ Jennifer B. Dempsey</u>*
Jennifer B. Dempsey
Georgia Bar No. 217536
Michael P. Carey
Georgia Bar No. 109364
Christopher P. Galanek
Georgia Bar No. 282390
Christian J. Bromley
Georgia Bar No. 206633

**BRYAN CAVE LEIGHTON PAISNER LLP**
One Atlantic Center, 14th Floor
1201 W Peachtree St NW
Atlanta, GA 30309 3471
Telephone: +1 404 572 6600
Fax: +1 404 572 6999

**Attorneys for Defendants**
**Shaw Industries Group, Inc. and Shaw Industries, Inc.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| THE CITY OF DALTON, acting through its Board of Water, Light and Sinking Fund Commissioners, d/b/a Dalton Utilities,<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY, ET AL.,<br><br>Defendants. | Civil Action No.:<br>4:24-cv-00293-WMR |

## CERTIFICATE OF SERVICE

This is to certify that I have this date filed the foregoing with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to all counsel of record.

This 11th day of February, 2026.

*/s/ Jennifer B. Dempsey*
Jennifer B. Dempsey
Georgia Bar No. 217536
jennifer.dempsey@bryancave.com

**BRYAN CAVE LEIGHTON PAISNER LLP**
One Atlantic Center | Fourteenth Floor
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 572-6600
Facsimile: (404) 572-6999

*Counsel for Defendants Shaw Industries, Inc. and Shaw Industries Group, Inc.*

**LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE**

I certify that this pleading has been prepared with Times New Roman, 14 point, as approved by the Court in L.R. 5.1(C), N.D. Ga.

This 11th day of February, 2026.

*/s/ Jennifer B. Dempsey*
Jennifer B. Dempsey
Georgia Bar No. 217536
jennifer.dempsey@bryancave.com

**BRYAN CAVE LEIGHTON PAISNER LLP**
One Atlantic Center | Fourteenth Floor
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 572-6600
Facsimile: (404) 572-6999

*Counsel for Defendants Shaw Industries, Inc. and Shaw Industries Group, Inc.*