## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

CITY OF DALTON, GEORGIA,
acting through its Board of Water,
Light and Sinking Fund
Commissioners, d/b/a Dalton Utilities,

    Plaintiff,

v.

3M COMPANY, ET AL.,

    Defendants.

Civil Action No.:
4:24-cv-00293-WMR

## ORDER GRANTING UNOPPOSED MOTION FOR A FURTHER EXTENSION OF DEADLINES TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants have filed an Unopposed Motion for Extension of Deadlines to Respond to First Amended Complaint (the "Unopposed Motion"). Having considered the Unopposed Motion, and good cause being shown, the Court hereby GRANTS the Unopposed Motion and extends the Defendants' deadlines to respond to Plaintiff's First Amended Complaint to Wednesday, May 27, 2026.

IT IS SO ORDERED, this 4th day of May, 2026.

_William M. Ray II_
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE