IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| The City of Dalton, Georgia, acting through its Board of Water, Light and Sinking Fund Commissioners, d/b/a Dalton Utilities, <br><br> *Plaintiff,* <br><br> v. <br><br> 3M Company, et al., <br><br> *Defendants.* | Civil Action No. 4:24-cv-00293-WMR |

**NOTICE TO THE COURT REGARDING MOTION TO TRANSFER FILED BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

The undersigned hereby notifies this Court that, on May 8, 2026, Defendant 3M Company filed a Notice of Potential Tag-Along Actions before the United States Judicial Panel on Multidistrict Litigation ("JPML") in connection with *In re: Aqueous Film-Forming Foams (AFFF) Products Liability Litigation*, MDL No. 2873, pending in the United States District Court for the District of South Carolina. The notice designates this action, *The City of Dalton, Georgia v. 3M Company et al.*, Civil Action No. 4:24-cv-00293-WMR, as a potential tag-along action for transfer to MDL No. 2873 pursuant to Rule 7.1(a) of the Rules of Procedure of the JPML. On May 11, 2026, the Clerk of the Panel made an initial determination that

1

this matter is not appropriate for inclusion in the MDL.  On May 11, 2026, 3M filed a Motion to Transfer pursuant to JPML Rules 7.1(b)(i) and 6.1. The motion, without the accompanying attachments due to volume, is attached as Exhibit A.

## I.      Basis for the Proposed Transfer.

As set forth in its motion, 3M Company contends that this action involves claims arising from alleged PFAS contamination of or from the City of Dalton's wastewater treatment system, including its Land Application System. 3M further asserts that the Dalton wastewater system collects and treats drinking water provided by Dalton that is alleged by plaintiffs in the MDL to be contaminated with AFFF products, and that this action therefore shares common questions of fact with actions already consolidated in MDL No. 2873, including overlapping issues and discovery related to the alleged AFFF contamination of Dalton's water system.

## II.     Effect on Pending Proceedings.

This notice is submitted for the Court's information only. The filing of a notice of a motion to transfer before the JPML is a procedural step and does not, by itself, effectuate a transfer of this case. Unless and until the JPML issues an order transferring this action to MDL No. 2873, this case remains pending before this Court, and all existing deadlines, orders, and proceedings remain in full force and effect.

Respectfully submitted this **11th** day of **May 2026**.

*/s/ W. Larkin Radney, IV*

W. Larkin Radney, IV (*admitted pro hac vice*)
M. Christian King (*admitted pro hac vice*)
Harlan I. Prater, IV (*admitted pro hac vice*)
Jackson R. Sharman, III
Georgia Bar No. 637930
**LIGHTFOOT, FRANKLIN & WHITE LLC**
400 20TH Street North
Birmingham, AL 35203
Telephone: (205) 581-0700
jsharman@lightfootlaw.com
cking@lightfootlaw.com
hprater@lightfootlaw.com
lradney@lightfootlaw.com

Billie B. Pritchard
GA Bar No. 460789
**KING & SPALDING, LLP**
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
bpritchard@kslaw.com

Lindsey C. Boney, IV (*admitted pro hac vice*)
**BRADLEY ARANT BOULT CUMMINGS LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35209
Phone: (205) 521-8914
lboney@bradley.com

*Counsel for Defendant 3M Company*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| The City of Dalton, Georgia, acting through its Board of Water, Light and Sinking Fund Commissioners, d/b/a Dalton Utilities,<br><br>   *Plaintiff,*<br><br> v.<br><br>3M Company, et al.,<br><br>   *Defendants.* | Civil Action No.<br>4:24-cv-00293-WMR |

## <u>CERTIFICATE OF SERVICE</u><br><u>AND COMPLIANCE WITH LOCAL RULE 5.1</u>

I hereby certify that I have this date electronically filed the within and foregoing, which has been prepared using 14-point Times New Roman font, with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

**Dated: May 11, 2026**

       */s/ W. Larkin Radney, IV*
       One of the Attorneys for
       Defendant 3M Company

4