# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

|  |  |
|---|---|
| The City of Dalton, Georgia, acting through its Board of Water, Light and Sinking Fund Commissioners, d/b/a Dalton Utilities, | |
| Plaintiff, | Civil Action No. 4:24-cv-00293-WMR |
| v. | |
| 3M Company; Daikin America, Inc.; EIDP, Inc. f/k/a E.I. DuPont de Nemours and Company; The Chemours Company; INV Performance Surfaces, LLC; Aladdin Manufacturing Corporation; Shaw Industries Group, Inc.; Shaw Industries, Inc.; and DOES 1–10, | |
| Defendants. | |

## PROPOSED SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

1

| Event | Deadline |
|---|---|
| Initial Disclosures | 07/06/2026 |
| Fact Discovery Phase 1 Begins | 06/26/2026 |
| File Crossclaims, Counterclaims, and Third Party Claims | 01/22/2027 |
| Fact Discovery Phase 2 Begins | 01/22/2027 |
| Responses to Crossclaims, Counterclaims, and Third Party Claims | 02/22/2027 |
| Responses to Motions to Dismiss Crossclaims, Counterclaims, and Third Party Claims | 03/24/2027 |
| Replies to Motions to Dismiss Crossclaims, Counterclaims, and Third Party Claims | 04/07/2027 |
| Fact Discovery Phase 3 Begins | 30 days following resolution of motions related to crossclaims, counterclaims, and third-party claims |
| Close of Fact Discovery | One year following the start of Fact Discovery Phase 3 |

<u>Fact Discovery Phase 1</u> (June 26, 2026, through January 22, 2027)

- Discovery will be limited as follows:

    o The parties will take discovery designed to identify other potentially responsible parties. The parties will coordinate in an effort to streamline discovery as to third parties.

    o The parties intend to re-produce certain discovery materials from other Georgia PFAS cases in this case. The parties will meet and confer regarding the scope of those productions and mechanisms to facilitate them.

- o The parties will participate in informal discussions, governed by Federal Rule of Evidence 408, regarding the status of cleanup activities for Dalton Utilities' POTW.  Dalton Utilities has retained a CERCLA remediation expert to develop a comprehensive cleanup plan for the site, and their work began in 2025.  The expert is currently conducting a number of activities to fully characterize the site so that a CERCLA-quality Remedial Investigation / Feasibility Study (RI/FS) can be prepared.  The parties have agreed to a framework by which Dalton Utilities will share with Defendants copies of site plans, reports, and data provided to EPA and/or EPD. Unless otherwise agreed, Dalton Utilities will provide these deliverables to Defendants within 15 days of providing them to EPA and/or EPD.

Fact Discovery Phase 2 (January 22, 2027 through resolution of motions filed in connection with crossclaims, counterclaims, and third-party claims):

- The parties will continue to engage in written discovery and document production during this phase, but the parties agree that no depositions will be taken until all initial motions regarding the crossclaims, counterclaims and third-party claims are resolved (to minimize duplication).

- To the extent a party wishes to take a deposition after the beginning of

3

Fact Discovery Phase 2, but before the Court has ruled on any Rule 12 motions relating to crossclaims, counterclaims, and third-party claims, the parties agree to confer in good faith regarding the need for, and any appropriate limitations on, the deposition.

Fact Discovery Phase 3 (commences 30 days following resolution of all motions filed in connection with crossclaims, counterclaims, and third-party claims and concludes after 12 months)

- Following resolution of motions filed in connection with crossclaims, counterclaims, and third-party claims, all parties joined to the case will confer regarding the need for additional discovery, including depositions.

- The fact discovery period will not close until at least 12 months following the commencement of Fact Discovery Phase 3.

- Thirty days before the conclusion of Fact Discovery Phase 3, the parties will confer and will submit a revised scheduling order that addresses expert discovery (which will not commence until 45 days after fact discovery closes), dispositive and Daubert motions, motions specific to CERCLA-related issues, and other pre-trial deadlines.

IT IS SO ORDERED, this _____ day of _____, 2026.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

4